Commonwealth *v.* Van Wert, Appellant.

Submitted December 6, 1971. *Joseph Wassell,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Walker, Appellant.

Submitted December 8, 1971. *Anne F. Johnson* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Williams, Appellant.

Submitted December 6, 1971. *Mark S. Levy,* and *Kremer, Krimsky & Luterman,* for appellant; *James Garrett* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.